# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOTAL CONTROL SPORTS, INC., | |
| Plaintiff, | Case No. 17-cv-9281 |
| v. | Judge John Robert Blakey |
| PRECISION IMPACT, | |
| Defendant. | |

## CASE MANAGEMENT ORDER

Consistent with proceedings in open court on May 3, 2018, the Court sets the following case management dates:

| | |
|---|---|
| Serve Initial Infringement Contentions pursuant to LPR 2.2 | Monday, April 16, 2018 |
| Serve Initial Noninfringement, Unenforceability and Invalidity Contentions pursuant to LPR 2.3 | Monday, May 14, 2018 |
| Serve Initial Response to Noninfringement, Invalidity Contentions pursuant to LPR 2.5 | Tuesday, May 29, 2018 |
| Serve Final Infringement Contentions and Final Unenforceability and Invalidity Contentions pursuant to LPR 3.1 | Friday, September 7, 2018 |
| Serve Final Noninfringement Contentions and Final Contentions in Response to any Final Unenforceability and Invalidity Contentions pursuant to LPR 3.2 | Friday, October 5, 2018 |
| Discovery of Opinions of Counsel Opens | Friday, October 12, 2018 |
| Exchange of Proposed Claim Terms/construction | Friday, October 12, 2018 |
| Meet and Confer Regarding Proposed Claim Terms | Friday, October 26, 2018 |
| Deadline for supplementing initial disclosures required by Rule 26(a)(1) | Friday, October 5, 2018 |
| Deadline for issuing final written discovery | Friday, October 12, 2018 |
| Deadline for any amendments (new allegations, claims, parties) | Friday, October 5, 2018 |

| Final Discovery Status (pre-Claim Construction) | Wednesday, October 31, 2018 at 9:45 a.m. in Courtroom 1203 |
|---|---|
| Close of Fact Discovery pursuant to LPR 1.3 | Friday, November 16, 2018 |
| File Opening Claim Construction Briefs/Joint Appendix | Monday, November 26, 2018 |
| File Responsive Claim Construction Briefs pursuant to LPR 4.2(c) | Monday, December 31, 2018 |
| File Reply Claim Construction Briefs pursuant to LPR 4.2(d) | Monday, January 14, 2018 |
| File Joint Claim Construction Chart pursuant to LPR 4.2(f) | Monday, January 21, 2019 |
| Claim Construction Hearing and Final Case Management Conference | Tuesday, February 19, 2019 at 11:00 a.m. in Courtroom 1203 |

The Court will set all remaining case management dates after resolving claim construction issues.

Dated: May 3, 2018

Entered:

_____
John Robert Blakey
United States District Judge