## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Total Control Sports, Inc.
        Plaintiff,

v.              Case No.: 1:17−cv−09281
               Honorable John Robert Blakey

Precision Impact
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2018:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: At the Court's instance, the status hearing set for 12/13/18 is stricken and reset to 1/8/19 at 10:30 a.m. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.