# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Total Control Sports, Inc.

        Plaintiff,

v.               Case No.: 1:17−cv−09281
               Honorable Mary M. Rowland

Precision Impact

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2019:

  MINUTE entry before the Honorable Mary M. Rowland: Reassignment status hearing set for 10/1/19 at 1:30pm in courtroom 1225. Parties are directed to review Judge Rowland's Standing Order on Cases Reassigned to Judge Mary M. Rowland, on the Court&#039;s website at https://www.ilnd.uscourts.gov/. Parties shall confer and file the reassignment joint status report at least five business days in advance of the reassignment status hearing. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.