## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TOTAL CONTROL SPORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-09281 |
| | ) | |
| PRECISION IMPACT, | ) | PATENT CASE |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR STAY AND NOTICE OF SETTLEMENT

Plaintiff Total Control Sports, Inc. and Defendant Precision Impact hereby notify the Court that the Parties have reached an agreement in principle that will resolve all matters between them. Accordingly, the Parties file this joint motion for a stay of all unreached deadlines in the Scheduling Order (Dkt. 72) for 21 days so that appropriate dismissal papers may be submitted. The parties further request a continuance of the status hearing, currently set for February 21, 2020, for 30 days, to permit the parties to submit dismissal papers. This stay is not sought for the purpose of delay but so that justice may be served.

DATED: February 18, 2020

Respectfully submitted,

By : /s/ Carrie A. Bader

Eric A. Buresh (*pro hac vice*)
Carrie A. Bader
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600

Respectfully submitted,

By: /s/ R. Eric Gaum

R. Eric Gaum (*pro hac vice*)
Amanda H. Wilcox (*pro hac vice*)
Taft Stettinius & Hollister LLP
200 Public Square, Ste. 3500
Cleveland, OH 44114-2302

Fax: (913) 777-5601
Eric.buresh@eriseip.com
Carrie.bader@eriseip.com

(216) 706-3871 – Phone
(216) 241-3707 – Fax
egaum@taftlaw.com
awilcox@taftlaw.com

Nicholas T. Peters
Joseph Marinelli
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, Illinois  60603
(312) 577-7000
(312) 577-7007 – fax
ntpete@fitcheven.com
jmarinelli@fitcheven.com

*Attorneys for Precision Impact*

Rachel A. Smoot (*pro hac vice*)
Taft Stettinius & Hollister LLP
65 E. State St., Ste. 1000
Columbus, OH 43215
(614) 220-2838 – Phone
(614) 221-2007 – Fax
rsmoot@taftlaw.com

Adam Wolek
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601-3713
(312) 836-4063 – Phone
(312) 527-4011 – Fax
awolek@taftlaw.com

*Attorneys for Plaintiff*
*Total Control Sports, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record have been served with a copy of this document via the Court's CM/ECF system this 18th day of February, 2020.

                                              /s/ *Carrie A. Bader*
                                              Carrie A. Bader